**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CR-015-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAURICE BRANDON RAKESTRAW, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 25) filed May 13, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Declaration Of W. Kelly Johnson contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 25) is **GRANTED**, and the Declaration Of W. Kelly Johnson (Document No. 26) is sealed until further Order of this Court.

Signed: May 13, 2020

David C. Keesler
United States Magistrate Judge