

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

33 NE 4th St.
Miami, FL 33132

June 26, 2020

FILED
CHARLOTTE
Jul 13 2020
U.S. District Court
Western District of N.C.

The Honorable David C. Keesler
United States Magistrate Judge
238 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

**Re: Name  : Rakestraw, Maurice Brandon**
    **Reg. No: 35327-058**
    **Case No: 3:20-CR-015-RJC-DCK**

Dear Judge Keesler:

On May 13, 2020, an Order of the Court committed Mr. Rakestraw to the custody of the Bureau of Prisons (BOP) for a thirty day mental health evaluation under the provision of Title 18, United States Code, Section 4241. The Court is requesting an opinion regarding the defendant's competency to stand trial.

Mr. Rakestraw arrived to the Federal Detention Center (FDC), Miami, for the evaluation on June 9, 2020. The FDC-Miami is presently operating under the BOP's COVID-19 Modified Operations Plan to maximize social distancing, as much as practicable. To ensure both inmate and staff safety, these procedures have included a mandatory quarantine for 14 days to assess for symptoms of COVID-19, limited access to the inmates, as well as, extra precautions to maintain space between inmates and staff. As a result, the FDC-Miami is unable to complete this evaluation and report until September 15, 2020. Accordingly, we respectfully request the Court permit the FDC-Miami until then to complete the evaluation and submit the report.

If testimony will be required in this case, we request that the examiner be permitted to testify via telephone or video-conference (VTC). Allowing our forensic psychologists to testify remotely will ensure maximum social distancing. In addition, testifying remotely maximizes the amount of the time our

forensic psychologists are able to remain at FDC Miami, thereby enabling them to focus on their already-pending caseload. FDC Miami staff are able to coordinate with court staff to schedule the telephonic or VTC sessions. In addition, we request for the examiner, Dr. Lisa Feldman, be provided with any relevant documents that are available (i.e., medical, psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc.).

We appreciate the Court's understanding of these extenuating circumstances. Please do not hesitate to contact Dr. Feldman at (305) 982-1431 or at lfeldman@bop.gov if you have any questions or concerns.

Sincerely,

E. K. Carlton
Warden


cc: Mr. J. Seth Johnson, AUSA
    Mr. W. Kelly Johnson, AFPD

**SO ORDERED.**

_____
**DAVID C. KEESLER**
**U.S. MAGISTRATE JUDGE**

DATED: 7/13/20

```
Name    :  Rakestraw, Maurice Brandon
Reg. No:   35327-058
Case No:   3:20-CR-015-RJC-DCK
```

The Honorable David C. Keesler
United States Magistrate Judge
238 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202
704-350-7430 Karen Burton, Judicial Assistant
704-350-7430 Dustin Taylor, Law Clerk
704-350-7407 Michelle Anderton, Courtroom Deputy

**J. Seth Johnson**
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3159
seth.johnson@usdoj.gov

**W. Kelly Johnson**
Federal Public Defender
129 W. Trade Street, Suite 300
Charlotte, NC 28202
704-374-0720
704-374-0722 (fax)
W_Kelly_Johnson@fd.org