IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00015-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAURICE BRANDON RAKESTRAW | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to dismiss Count Three of the Indictment charging a violation of 18 U.S.C. § 922(g), (Doc. No. 72), to which he pled guilty, (Doc. No. 41: Acceptance and Entry of Guilty Plea), and was recently sentenced.

The defendant is represented by counsel. (Appointment of Counsel, Mar. 15, 2021). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 17, 2021

Robert J. Conrad, Jr.
United States District Judge